**UNITED STATES BANKRUPTCY COURT**
NORTHERN **DISTRICT OF** ILLINOIS
EASTERN **DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| LOLETA ADAMS-NASH | § | Case No. 15-18857 |
| | § | |
| Debtor | § | |

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 05/29/2015 . The undersigned trustee was appointed on .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

| | | |
|---|---|---:|
| 4. The trustee realized gross receipts of | $ | 54,500.00 |
| Funds were disbursed in the following amounts: | | |
| Payments made under an interim disbursement | | 0.00 |
| Administrative expenses | | 23,115.35 |
| Bank service fees | | 88.33 |
| Other payments to creditors | | 1,121.44 |
| Non-estate funds paid to 3rd Parties | | 0.00 |
| Exemptions paid to the debtor | | 15,000.00 |
| Other payments to the debtor | | 0.00 |
| Leaving a balance on hand of[1] | $ | 15,174.88 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 10/02/2015 and the deadline for filing governmental claims was . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 4,700.00 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 4,700.00 , for a total compensation of $ 4,700.00 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 151.37 , for total expenses of $ 151.37 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 05/22/2017              By:/s/Peter N. Metrou, Trustee
                                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 15-18857 | BWB | Judge: | Bruce W. Black | Trustee Name: | Peter N. Metrou, Trustee |
|---|---|---|---|---|---|---|
| Case Name: | LOLETA ADAMS-NASH | | | | Date Filed (f) or Converted (c): | 05/29/2015 (f) |
| | | | | | 341(a) Meeting Date: | 06/25/2015 |
| For Period Ending: | 05/22/2017 | | | | Claims Bar Date: | 10/02/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. DEBTOR'S 2 BEDROOM, 1.5 BATHS TOWNHOUSE. ADDRESS: | 102,091.00 | 0.00 | | 0.00 | FA |
| 2. CASH IN DEBTOR'S POSSESSION. | 100.00 | 0.00 | | 0.00 | FA |
| 3. DEBTOR'S PERSONAL CHECKING ACCOUNT. BANK: CHASE BA | 55.00 | 0.00 | | 0.00 | FA |
| 4. DEBTOR'S PERSONAL SAVINGS ACCOUNT. BANK: CHASE BAN | 10.00 | 0.00 | | 0.00 | FA |
| 5. DEBTOR'S CHECKING ACCOUNT. BANK: HEALTHCARE ASSOCI | 200.00 | 0.00 | | 0.00 | FA |
| 6. DEBTOR'S SAVINGS ACCOUNT BANK: HEALTHCARE ASSOCIAT | 100.00 | 0.00 | | 0.00 | FA |
| 7. DEBTOR'S USED LIVING ROOM FURNISHINGS-1 COUCH, 1 L | 300.00 | 0.00 | | 0.00 | FA |
| 8. DEBTOR'S OTHER LIVING ROOM FURNISHINGS- 1 COFFEE T | 120.00 | 0.00 | | 0.00 | FA |
| 9. DEBTOR'S USED MATTERESS AND 1 BED AT DEBTOR'S RESI | 150.00 | 0.00 | | 0.00 | FA |
| 10. DEBTOR'S USED KITCHEN UTENSILS AT DEBTOR'S RESIDEN | 170.00 | 0.00 | | 0.00 | FA |
| 11. DEBTOR'S USED CLOTHING AND WEARING APPAREL AT DEBT | 300.00 | 0.00 | | 0.00 | FA |
| 12. DEBTOR'S USED COSTUME JEWELRY. | 50.00 | 0.00 | | 0.00 | FA |
| 13. DEBTOR'S TERM LIFE INSURANCE THROUGH EMPLOYMENT. D | 75,000.00 | 0.00 | | 0.00 | FA |
| 14. DEBTOR'S TERM LIFE INSURANCE POLICY. DEBTOR STATES | 175,000.00 | 0.00 | | 0.00 | FA |
| 15. DEBTOR' USED AUTOMOBILE. YEAR: 2011 MAKE: NISSAN A | 9,238.00 | 0.00 | | 0.00 | FA |
| 16. DEBTOR'S USED LAPTOP PURCHASED IN 2007. | 100.00 | 0.00 | | 0.00 | FA |
| 17. DEBTOR'S EXPECTED SETTLEMENT AWARD FROM AUTO ACCID | Unknown | 39,500.00 | | 54,500.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 15-18857 | BWB | Judge: | Bruce W. Black | Trustee Name: | Peter N. Metrou, Trustee |
|---|---|---|---|---|---|---|
| Case Name: | LOLETA ADAMS-NASH | | | | Date Filed (f) or Converted (c): | 05/29/2015 (f) |
| | | | | | 341(a) Meeting Date: | 06/25/2015 |
| For Period Ending: | 05/22/2017 | | | | Claims Bar Date: | 10/02/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 18. DEBTOR'S OTHER PERSONAL PROPERTIES. | 663.00 | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $363,647.00 | $39,500.00 | | $54,500.00 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Employed special counsel to handle PI case approved on 9/18/2015 see Dkt# 18. Motion to approve settlement granted on 1/20/2017 see Dkt# 23-awaiting funds.

Initial Projected Date of Final Report (TFR): 06/01/2016      Current Projected Date of Final Report (TFR): 06/30/2017

UST Form 101-7-TFR (5/1/2011) *(Page: 4)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 15-18857 | Trustee Name: | Peter N. Metrou, Trustee |
|---|---|---|---|
| Case Name: | LOLETA ADAMS-NASH | Bank Name: | Associated Bank |
| | | Account Number/CD#: | XXXXXX5868 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX8630 | Blanket Bond (per case limit): | $1,000,000.00 |
| For Period Ending: | 05/22/2017 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/14/17 | 17 | Travelers Insurance<br>P.O. Box 3095<br>Naperville, IL 60566-7095 | Court Approved settlement on PI<br>See Dckt# 23 | 1142-000 | $6,000.00 | | $6,000.00 |
| 02/14/17 | 17 | American Freedom Insurance Company<br>559 West Golf Road<br>Arlington Heights, IL 60005 | Court Approved settlement on PI<br>See Dckt# 23 | 1142-000 | $18,500.00 | | $24,500.00 |
| 02/14/17 | 17 | Grange Insurance Companies<br>P.O. Box 1218<br>Columbus, OH 43216-1218 | Court Approved settlement on PI<br>See Dckt# 23 | 1142-000 | $10,000.00 | | $34,500.00 |
| 02/14/17 | 17 | American Alliance Casualty Co.<br>8725 W. Higgins Rd., Suite 725<br>Chicago, IL 60631 | Court Approved settlement on PI<br>See Dckt# 23 | 1142-000 | $20,000.00 | | $54,500.00 |
| 03/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $39.20 | $54,460.80 |
| 03/08/17 | 1001 | Jasmer Law Firm<br>111 W Washington St.<br>#1150<br>Chicago, IL 60602 | Court Approved Attorneys fees<br>See Court Order Dckt#23 | 3210-000 | | $18,166.67 | $36,294.13 |
| 03/08/17 | 1002 | Jasmer Law Firm<br>111 W. Washington St.<br>#1150<br>Chicago, IL 60602 | Court Approved Attorneys Costs<br>See court order dkt#23 | 3220-000 | | $4,948.68 | $31,345.45 |
| 03/08/17 | 1003 | Hinsdale Hospital<br>120 N Oak Street<br>Hinsdale, Il 60521 | PI Lien Payment<br>Court approved - See dckt#23 | 4220-000 | | $653.07 | $30,692.38 |
| 03/08/17 | 1004 | ATI<br>790 Remington Blvd.<br>Bolingbrook, IL 60440 | PI Lien Payment<br>Court approved - See dckt# 23 | 4220-000 | | $468.37 | $30,224.01 |
| 03/08/17 | 1005 | Adams-Nash, Loleta<br>593 Eric Way<br>Bolingbrook, IL 60440 | Debtor's Exemptions<br>See Dckt# 23 | 8100-002 | | $15,000.00 | $15,224.01 |
| 04/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $49.13 | $15,174.88 |

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*  Page Subtotals:  $54,500.00  $39,325.12

| | | |
|---|---:|---:|
| COLUMN TOTALS | $54,500.00 | $39,325.12 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $54,500.00 | $39,325.12 |
| Less: Payments to Debtors | $0.00 | $15,000.00 |
| Net | $54,500.00 | $24,325.12 |

Exhibit B

Exhibit B

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX5868 - Checking | $54,500.00 | $24,325.12 | $15,174.88 |
|  | $54,500.00 | $24,325.12 | $15,174.88 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $54,500.00 |
| Total Gross Receipts: | $54,500.00 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 1:15-18857-BWB  
Debtor Name: LOLETA ADAMS-NASH  
Claims Bar Date: 10/2/2015

Date: May 22, 2017

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 99 8100 | Loleta Adams-Nash<br>593 Eric Way<br>Bolingbrook, IL 60440 | Administrative<br>Payment Status:<br>Valid To Pay | Per c/o see Dkt# 23. | $15,000.00 | $15,000.00 | $15,000.00 |
| 100 2100 | Peter N. Metrou<br>123 W. Washington St., Ste 216<br>Oswego, IL 60543 | Administrative<br>Payment Status:<br>Valid To Pay | | $0.00 | $4,700.00 | $4,700.00 |
| 100 2200 | Peter N. Metrou<br>123 W. Washington St., Ste 216<br>Oswego, IL 60543 | Administrative<br>Payment Status:<br>Valid To Pay | | $0.00 | $151.37 | $151.37 |
| 100 3210 | Jasmer Law Firm<br>111 W Washington St.<br>#1150<br>Chicago, IL 60602 | Administrative<br>Payment Status:<br>Valid To Pay | Per c/o see Dkt# 23. | $18,166.67 | $18,166.67 | $18,166.67 |
| 100 3220 | Jasmer Law Firm<br>111 W. Washington St.<br>#1150<br>Chicago, IL 60602 | Administrative<br>Payment Status:<br>Valid To Pay | Per c/o see Dkt# 23 | $4,948.68 | $4,948.68 | $4,948.68 |
| 1 280 5800 | INTERNAL REVENUE SERVICE<br>P.O.BOX 7346<br>PHILADELPHIA, PA | Priority<br>Payment Status:<br>Valid To Pay | | $7,450.27 | $4,076.89 | $4,076.89 |
| 3 280 5800 | ILLINOIS DEPT.OF REVENUE<br>BANKRUPTCY SECTION<br>P.O.BOX 64338<br>CHICAGO, IL 60664-0338 | Priority<br>Payment Status:<br>Valid To Pay | | $1,848.00 | $1,529.51 | $1,529.51 |
| 1 300 7100 | INTERNAL REVENUE SERVICE<br>P.O.BOX 7346<br>PHILADELPHIA, PA | Unsecured<br>Payment Status:<br>Valid To Pay | | $7,450.27 | $3,098.56 | $3,098.56 |
| 2 300 7100 | CAPITAL ONE BANK (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Unsecured<br>Payment Status:<br>Valid To Pay | | $675.17 | $675.17 | $675.17 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 1:15-18857-BWB  Date: May 22, 2017
Debtor Name: LOLETA ADAMS-NASH
Claims Bar Date: 10/2/2015

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 3 300 7100 | ILLINOIS DEPT.OF REVENUE BANKRUPTCY SECTION P.O.BOX 64338 CHICAGO, IL 60664-0338 | Unsecured Payment Status: Valid To Pay | | $1,848.00 | $152.40 | $152.40 |
| 4 300 7100 | U.S. DEPARMENT OF EDUCATION C/O FEDLOAN SERVICING P.O.BOX 69184 HARRISBURG,PA 17106-9184 | Unsecured Payment Status: Valid To Pay | | $1.00 | $10,682.02 | $10,682.02 |
| 5 300 7100 | CAPITAL RECOVERY V, LLC c/o Recovery Management Systems Corporat 25 SE 2nd Avenue Suite 1120 Miami, FL  33131-1605 | Unsecured Payment Status: Valid To Pay | | $1,950.09 | $1,950.09 | $1,950.09 |
| 6 300 7100 | AMERICAN EXPRESS CENTURION BANK c o Becket and Lee LLP POB 3001 Malvern, PA  19355-0701 | Unsecured Payment Status: Valid To Pay | | $1,424.61 | $1,424.61 | $1,424.61 |
| 7 300 7100 | ASHLEY FUNDING SERVICES, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE OF LABORATORY CORPORATION OF AMERICA HOLDINGS RESURGENT CAPITAL SERVICES PO BOX 10587 GREENVILLE, SC 29603-0587 | Unsecured Payment Status: Valid To Pay | | $44.20 | $44.76 | $44.76 |
| 8 300 7100 | PYOD, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE OF CITIBANK, N.A. RESURGENT CAPITAL SERVICES PO BOX 19008 GREENVILLE, SC 29602 | Unsecured Payment Status: Valid To Pay | | $1,218.00 | $1,269.27 | $1,269.27 |
| 9 300 7100 | PYOD, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE OF CITIBANK, N.A. RESURGENT CAPITAL SERVICES PO BOX 19008 GREENVILLE, SC 29602 | Unsecured Payment Status: Valid To Pay | | $5,722.92 | $5,685.92 | $5,685.92 |
| 10 300 7100 | PYOD, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE OF CITIBANK, N.A. RESURGENT CAPITAL SERVICES PO BOX 19008 GREENVILLE, SC 29602 | Unsecured Payment Status: Valid To Pay | | $2,698.57 | $2,698.57 | $2,698.57 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 1:15-18857-BWB  Date: May 22, 2017
Debtor Name: LOLETA ADAMS-NASH
Claims Bar Date: 10/2/2015

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 400 4220 | ATI  790 Remington Blvd.  Bolingbrook, IL 60440 | Secured  Payment Status:  Valid To Pay | Per c/o see Dkt# 23. | $468.37 | $468.37 | $468.37 |
| 400 4220 | Hinsdale Hospital  120 N Oak Street  Hinsdale, Il 60521 | Secured  Payment Status:  Valid To Pay | Per c/o see Dkt# 23. | $653.07 | $653.07 | $653.07 |
| | Case Totals | | | $71,567.89 | $77,375.93 | $77,375.93 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

### TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 15-18857
Case Name: LOLETA ADAMS-NASH
Trustee Name: Peter N. Metrou, Trustee

Balance on hand $ 15,174.88

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| | ATI | $ 468.37 | $ 468.37 | $ 468.37 | $ 0.00 |
| | Hinsdale Hospital | $ 653.07 | $ 653.07 | $ 653.07 | $ 0.00 |

Total to be paid to secured creditors $ 0.00

Remaining Balance $ 15,174.88

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Peter N. Metrou | $ 4,700.00 | $ 0.00 | $ 4,700.00 |
| Trustee Expenses: Peter N. Metrou | $ 151.37 | $ 0.00 | $ 151.37 |
| Attorney for Trustee Fees: Jasmer Law Firm | $ 18,166.67 | $ 18,166.67 | $ 0.00 |
| Other: Jasmer Law Firm | $ 4,948.68 | $ 4,948.68 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses $ 4,851.37

Remaining Balance $ 10,323.51

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 5,606.40 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | INTERNAL REVENUE SERVICE | $ 4,076.89 | $ 0.00 | $ 4,076.89 |
| 3 | ILLINOIS DEPT.OF REVENUE | $ 1,529.51 | $ 0.00 | $ 1,529.51 |

| | |
|---|---|
| Total to be paid to priority creditors | $ 5,606.40 |
| Remaining Balance | $ 4,717.11 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 27,681.37 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 17.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | INTERNAL REVENUE SERVICE | $ 3,098.56 | $ 0.00 | $ 528.02 |
| 2 | CAPITAL ONE BANK (USA), N.A. | $ 675.17 | $ 0.00 | $ 115.05 |
| 3 | ILLINOIS DEPT.OF REVENUE | $ 152.40 | $ 0.00 | $ 25.97 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 4 | U.S. DEPARMENT OF EDUCATION | $ 10,682.02 | $ 0.00 | $ 1,820.30 |
| 5 | CAPITAL RECOVERY V, LLC | $ 1,950.09 | $ 0.00 | $ 332.31 |
| 6 | AMERICAN EXPRESS CENTURION BANK | $ 1,424.61 | $ 0.00 | $ 242.76 |
| 7 | ASHLEY FUNDING SERVICES, LLC ITS SUCCESSORS AND | $ 44.76 | $ 0.00 | $ 7.63 |
| 8 | PYOD, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE | $ 1,269.27 | $ 0.00 | $ 216.29 |
| 9 | PYOD, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE | $ 5,685.92 | $ 0.00 | $ 968.92 |
| 10 | PYOD, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE | $ 2,698.57 | $ 0.00 | $ 459.86 |

| | | |
|---|---|---|
| Total to be paid to timely general unsecured creditors | | $ 4,717.11 |
| Remaining Balance | | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE