# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 15-18857 |
| LOLETA ADAMS-NASH | ) | CHAPTER 7 |
| | ) | |
| Debtor(s). | ) | JUDGE PAMELA S. HOLLIS |
| | ) | (Joliet) |

## TRUSTEE'S CERTIFICATE OF SERVICE
## FOR NOTICE OF TRUSTEE'S FINAL REPORT

To:   See Attached Service List

## PROOF OF SERVICE

    I, the undersigned attorney, certify that I served a copy of this Notice and attached Motion upon the person(s) listed above by mailing the same in a properly addressed envelope, postage prepaid, and placed in a U.S. depository in Oswego, Illinois on the 28th day of June, 2017, unless a copy was served electronically which occurs automatically upon the filing of the aforesaid document with the Bankruptcy Clerk of the Court.

                                                */s/ Peter N. Metrou*
                                                **Bankruptcy Trustee**

Prepared by:
**PETER N. METROU**
Metrou & Associates, P.C.
123 W. Washington St., Ste. 216
Oswego, Illinois 60543
(630) 551-7171

## SERVICE LIST

<u>Via ECF</u>

Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604-2027

U.S. Bankruptcy Court
Eastern Division
219 S Dearborn
7th Floor
Chicago, IL 60604-1702

Titilayo R. Osinubi
TITILAYO OSINUBI & ASSOCIATES-
Prema Law
494 W. Boughton Road Suite 4C
Bolingbrook, IL 60440-1881

<u>Via First-Class Mail</u>

LTD Financial Services
7322 Southwest Freeway
Suite 1600
Houston, TX 77074-2134

Malcom S. Gerald & Associates, Inc.
332 South Michigan Ave
Suite 600
Chicago, IL 60604-4318

Athletic & Therapeutic Inst.
4947 Paysphere Circle
Chicago, IL 60674-4947

Capital One Bank (USA), N.A.
PO Box 71083
Charlotte, NC 28272-1083

Capital One Bank USA N.A.
P.O.Box 30281
Salt Lake City, UT 84130-0281

Capital Recovery V, LLC
c/o Recovery Management Systems
Corporat
25 SE 2nd Avenue Suite 1120
Miami FL 33131-1605

Chase Bank One Card Ser
P.O.Box 15298
Wilmington, DE 19850-5298

Chase/Bank One Card Serv
P.O.Box 15298
Wilmington, DE 19850-5298

CitiCards CBNA
701 E. 60th St. N
Sioux Falls, SD 57104-0432

Dentalworks, Inc.,
P.O.Box 643005
Cincinnati, OH 45264-3005

Dept of Education/Nelnet
121 S 13st Street
Lincoln, NE 68508-1904

DSNB/Macys
P.O.Box 6167
Sioux Falls, SD 57117-6167

Ed Financial Services
120 N. Seven Oaks Dr.
Knoxville, TN 37922-2359

ENT Surgical Consultants LTD.
2201 Glenwood Avenue
Joliet, IL 60435-5598

Escallate LLC
5200 Stoneham Road
Suite 200
North Canton, OH 44720-1584

Fed loan Servicing
P.O.Box 60610
Harrisburg, PA 17106-0610

First Fed Credit Control
2470 Chagrin Blvd.
Beachwood, OH 44122-5630

Firstsource Advantage, LLC
P.O.Box 628
Buffalo, NY 14240-0628

From Pain to Wellness
1 Trans AM Plaza Dr. Suite 100
Villa Park, IL 60181-4286

Global Credit & CollectionCorp
5440 N. Cumberland, Suite 300
Chicago, IL 60656-1486

Grove Dental Associates, P.C.
160 E. Boughton Road
Bolingbrook, IL 60440-3701

Hinsdale Gastroenterology Associate
12 Salt Creek Lane
Suite 425
Hinsdale, IL 60521-8603

Hinsdale Orthopaedics
P.O.Box 5461
Carol Stream, IL 60197-5461

ILLINOIS DEPARTMENT OF REVENUE
BANKRUPTCY DEPARTMENT
P O BOX 64338
CHICAGO IL 60664-0338

SERVICE LIST

Via First-Class Mail

Illinois Dept.of Revenue
Bankruptcy Section
P.O.Box 64338
Chicago, IL 60664-0338

INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY
OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

Internal Revenue Service
P.O.Box 7346
Philadelphia, PA 19101-7346

Walmart
P.O.Box 965024
Orlando, FL 32896-5024

Wells Fargo Home Mortgage
210 Wildwood Parkway-5th Floor
Birmingham, AL 35209-7154

Wells Fargo Home Mortgage
P.O.Box 10335
Des Moines, IA 50306-0335

Adventist Health Partners
P.O.Box 7001 Bolingbrook,
IL 60440-7001

AllianceOne Receivables Management
P.O.Box 3111
Southeastern, PA 19398-3111

American Express Centurion Bank
c o Becket and Lee LLP
POB 3001
Malvern, PA 19355-0701

LabCorp
P.O.Box 2240
Burlington, NC 27216-2240

Laboratory Corporation of America
P.O.Box 2240
Burlington, NC 27216-2240

Malcom S. Gerald and Asso, Inc.
332 South Michigan Avenue
Suite 600
Chicago, IL 60604-4318

Merchant's Credit Guide Co.
223 W. Jackon Blvd, #700
Chicago, IL 60606-6914

Loleta Adams-Nash
593 Eric Way
Bolingbrook, IL 60440-1324

Payment Processing Center
P.O.Box 183083
Columbus, OH 43218-3083

Monterey Finl Svcs
4095 Avenida De La Plata
Oceanside, CA 92056-5802

Northwest Collectors
3601 Algonquin Road Suite 232
Rolling Meadows, IL 60008-3143

PNC Bank
P.O.Box 3180
Pittsburgh, PA 15230-3180

Northland Group Inc.
P.O.Box 390905
Minneapolis, MN 55439-0905

Monarch Recovery Management, Inc.
P.O.Box 16119
Philadelphia, PA 19114-0119

SYNCB/LOWES
P.O.Box 965005
Orlando, FL 32896-5005

Merchants Credit Guide
223 W. Jackson Blvd Suite 900
Chicago, IL 60606-6912

SYNCB/ASHLEY FURNITURE
C/O P.O.Box 965036
Orlando, FL 32896-5036

The HomeDepot/CBNA
P.O.Box 6497
Sioux Falls, SD 57117-6497

PYOD, LLC its successors and assigns as
assi
of Citibank, N.A.
Resurgent Capital Services
PO Box 19008
Greenville, SC 29602-9008

Synchrony Bank
P.O.Box 965022
Orlando, FL 32896-5022

U.S. Deparment of Education
C/O FedLoan Servicing
P.O.Box 69184
Harrisburg,PA 17106-9184

SYNCB/WALMART
P.O.Box 965024
Orlando, FL 32896-5024

United Recovery Systems
5800 North Course Dr.
Houston, TX 77072-1613

Ashley Funding Services, LLC its
successors
assigns as assignee of Laboratory
Corporation of America Holdings
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

American Express
P.O.Box 981537
El Paso, TX 79998-1537

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
LOLETA ADAMS-NASH § Case No. 15-18857
§
Debtor §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

   Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Peter N. Metrou, Trustee, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
            219 S. Dearborn Street
            Chicago, IL 60604
Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 AM on 07/21/2017 in Courtroom ,
            Joliet City Hall
            150 West Jefferson Street, 2nd Floor
            Joliet, Illinois 60432
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 06/28/2017              By: /s/ Peter N. Metrou
                                            Chapter 7 Trustee


*Peter N. Metrou, Trustee*
*123 W. Washington St.*
*Suite 216*
*Oswego, IL 60543*

**UNITED STATES BANKRUPTCY COURT**
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| | § | |
| LOLETA ADAMS-NASH | § | Case No. 15-18857 |
| | § | |
| Debtor | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION**

| | |
|---|---|
| The Final Report shows receipts of | $ 54,500.00 |
| and approved disbursements of | $ 39,325.12 |
| leaving a balance on hand of[1] | $ 15,174.88 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| | ATI | $ 468.37 | $ 468.37 | $ 468.37 | $ 0.00 |
| | Hinsdale Hospital | $ 653.07 | $ 653.07 | $ 653.07 | $ 0.00 |

| | |
|---|---|
| Total to be paid to secured creditors | $ 0.00 |
| Remaining Balance | $ 15,174.88 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Peter N. Metrou | $ 4,700.00 | $ 0.00 | $ 4,700.00 |
| Trustee Expenses: Peter N. Metrou | $ 151.37 | $ 0.00 | $ 151.37 |
| Attorney for Trustee Fees: Jasmer Law Firm | $ 18,166.67 | $ 18,166.67 | $ 0.00 |
| Other: Jasmer Law Firm | $ 4,948.68 | $ 4,948.68 | $ 0.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administrative expenses | $ 4,851.37 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

    Remaining Balance $     10,323.51

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 5,606.40 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | INTERNAL REVENUE SERVICE | $ 4,076.89 | $ 0.00 | $ 4,076.89 |
| 3 | ILLINOIS DEPT.OF REVENUE | $ 1,529.51 | $ 0.00 | $ 1,529.51 |

    Total to be paid to priority creditors $     5,606.40

    Remaining Balance $     4,717.11

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 27,681.37 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 17.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | INTERNAL REVENUE SERVICE | $ 3,098.56 | $ 0.00 | $ 528.02 |
| 2 | CAPITAL ONE BANK (USA), N.A. | $ 675.17 | $ 0.00 | $ 115.05 |
| 3 | ILLINOIS DEPT.OF REVENUE | $ 152.40 | $ 0.00 | $ 25.97 |
| 4 | U.S. DEPARMENT OF EDUCATION | $ 10,682.02 | $ 0.00 | $ 1,820.30 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 5 | CAPITAL RECOVERY V, LLC | $ 1,950.09 | $ 0.00 | $ 332.31 |
| 6 | AMERICAN EXPRESS CENTURION BANK | $ 1,424.61 | $ 0.00 | $ 242.76 |
| 7 | ASHLEY FUNDING SERVICES, LLC ITS SUCCESSORS AND | $ 44.76 | $ 0.00 | $ 7.63 |
| 8 | PYOD, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE | $ 1,269.27 | $ 0.00 | $ 216.29 |
| 9 | PYOD, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE | $ 5,685.92 | $ 0.00 | $ 968.92 |
| 10 | PYOD, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE | $ 2,698.57 | $ 0.00 | $ 459.86 |
|  | Total to be paid to timely general unsecured creditors |  |  | $ 4,717.11 |
|  | Remaining Balance |  |  | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Peter N. Metrou
                          Chapter 7 Trustee

*Peter N. Metrou, Trustee*
*123 W. Washington St.*
*Suite 216*
*Oswego, IL 60543*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.