# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| LOLETA ADAMS-NASH | § | Case No. 15-18857 |
| | § | |
| Debtor | § | |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Peter N. Metrou, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 91,947.00 *(Without deducting any secured claims)* | Assets Exempt: 286,700.00 |
| Total Distributions to Claimants: 11,444.95 | Claims Discharged Without Payment: 154,142.61 |
| Total Expenses of Administration: 28,055.05 | |

3) Total gross receipts of $ 54,500.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 15,000.00 (see **Exhibit 2**), yielded net receipts of $ 39,500.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 112,965.57 | $ 1,121.44 | $ 1,121.44 | $ 1,121.44 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 28,055.05 | 28,055.05 | 28,055.05 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 9,298.27 | 5,606.40 | 5,606.40 | 5,606.40 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 42,367.05 | 27,681.37 | 27,681.37 | 4,717.11 |
| **TOTAL DISBURSEMENTS** | $ 164,630.89 | $ 62,464.26 | $ 62,464.26 | $ 39,500.00 |

4) This case was originally filed under chapter 7 on 05/29/2015 . The case was pending for 28 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 09/13/2017          By:/s/Peter N. Metrou, Trustee
                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| DEBTOR'S EXPECTED SETTLEMENT AWARD FROM AUTO ACCID | 1142-000 | 54,500.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 54,500.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Adams-Nash, Loleta | Exemptions | 8100-002 | 15,000.00 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 15,000.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | PNC Bank P.O.Box 3180 Pittsburgh, PA 15230 | | 4,856.00 | NA | NA | 0.00 |
| | U.S. Department of HUD C/O DEVALL LLC Westpt. 1-1255 Corp. Drive,Ste. 300 Irving, TX 75038 | | 31,119.13 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Wells Fargo Home Mortgage P.O.Box 10335 Des Moines, IA 50306 | | 75,869.00 | NA | NA | 0.00 |
| | ATI | 4220-000 | 468.37 | 468.37 | 468.37 | 468.37 |
| | Hinsdale Hospital | 4220-000 | 653.07 | 653.07 | 653.07 | 653.07 |
| **TOTAL SECURED CLAIMS** | | | $ 112,965.57 | $ 1,121.44 | $ 1,121.44 | $ 1,121.44 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Peter N. Metrou | 2100-000 | NA | 4,700.00 | 4,700.00 | 4,700.00 |
| Peter N. Metrou | 2200-000 | NA | 151.37 | 151.37 | 151.37 |
| Associated Bank | 2600-000 | NA | 88.33 | 88.33 | 88.33 |
| Jasmer Law Firm | 3210-000 | NA | 18,166.67 | 18,166.67 | 18,166.67 |
| Jasmer Law Firm | 3220-000 | NA | 4,948.68 | 4,948.68 | 4,948.68 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | $ NA | $ 28,055.05 | $ 28,055.05 | $ 28,055.05 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | ILLINOIS DEPT.OF REVENUE | 5800-000 | 1,848.00 | 1,529.51 | 1,529.51 | 1,529.51 |
| 1 | INTERNAL REVENUE SERVICE | 5800-000 | 7,450.27 | 4,076.89 | 4,076.89 | 4,076.89 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ 9,298.27 | $ 5,606.40 | $ 5,606.40 | $ 5,606.40 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Athletic & Therapeutic Inst. 4947 Paysphere Circle Chicago, IL 60674-4947 | | 468.37 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase Bank One Card Ser P.O.Box 15298 Wilmington, DE 19850 | | 1.00 | NA | NA | 0.00 |
| | Chase/Bank One Card Serv P.O.Box 15298 Wilmington, DE 19850 | | 7,008.85 | NA | NA | 0.00 |
| | DSNB/Macys P.O.Box 6167 Sioux Falls, SD 57117 | | 1,097.00 | NA | NA | 0.00 |
| | Ed Financial Services 120 N. Seven Oaks Dr. Knoxville, TN 37922 | | 1.00 | NA | NA | 0.00 |
| | ENT Surgical Consultants LTD. 2201 Glenwood Avenue Joliet, IL 60435-5574 | | 183.20 | NA | NA | 0.00 |
| | Escallate LLC 5200 Stoneham Road Suite 200 North Canton, OH 44720 | | 302.00 | NA | NA | 0.00 |
| | Fed loan Servicing P.O.Box 60610 Harrisburg, PA 17106 | | 1,482.00 | NA | NA | 0.00 |
| | First Fed Credit Control 2470 Chagrin Blvd. Beachwood, OH 44122-5630 | | 302.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | From Pain to Wellness 1 Trans AM Plaza Dr. Suite 100 Villa Park, IL 60181 | | 455.00 | NA | NA | 0.00 |
| | Grove Dental Associates, P.C. 160 E. Boughton Road Bolingbrook, IL 60440 | | 944.56 | NA | NA | 0.00 |
| | Hinsdale Gastroenterology Associate 12 Salt Creek Lane Suite 425 Hinsdale, IL 60521-8605 | | 23.00 | NA | NA | 0.00 |
| | Hinsdale Gastroenterology Associate 12 Salt Creek Lane Suite 425 Hinsdale, IL 60521-8605 | | 23.00 | NA | NA | 0.00 |
| | Hinsdale Orthopaedics P.O.Box 5461 Carol Stream, IL 60197-5461 | | 1,055.99 | NA | NA | 0.00 |
| | Hinsdale Orthopaedics P.O.Box 5461 Carol Stream, IL 60197-5461 | | 59.87 | NA | NA | 0.00 |
| | LabCorp P.O.Box 2240 Burlington, NC 27216-2240 | | 44.76 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Malcom S. Gerald & Associates, Inc. 332 South Michigan Ave Suite 600 Chicago, IL 60604 | | 84.64 | NA | NA | 0.00 |
| | Malcom S. Gerald & Associates, Inc. 332 South Michigan Ave Suite 600 Chicago, IL 60604 | | 85.96 | NA | NA | 0.00 |
| | Malcom S. Gerald and Asso, Inc. 332 South Michigan Avenue Suite 600 Chicago, IL 60604 | | 1,121.32 | NA | NA | 0.00 |
| | Merchants Credit Guide 223 W. Jackson Blvd Suite 900 Chicago, IL 60606 | | 164.00 | NA | NA | 0.00 |
| | Merchant's Credit Guide Co. 223 W. Jackon Blvd, #700 Chicago, IL 60606 | | 44.20 | NA | NA | 0.00 |
| | Monterey Finl Svcs 4095 Avenida De La Plata Oceanside, CA 92056 | | 1.00 | NA | NA | 0.00 |
| | Northwest Collectors 3601 Algonquin Road Suite 232 Rolling Meadows, IL 60008 | | 1,332.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | SYNCB/ASHLEY FURNITURE C/O P.O.Box 965036 Orlando, FL 32896-5036 | | 1.00 | NA | NA | 0.00 |
| | SYNCB/LOWES P.O.Box 965005 Orlando, FL 32896 | | 1.00 | NA | NA | 0.00 |
| | United Recovery Systems 5800 North Course Dr. Houston, TX 77072 | | 1,097.41 | NA | NA | 0.00 |
| | Walmart P.O.Box 965024 Orlando, FL 32896-5024 | | 1,950.09 | NA | NA | 0.00 |
| 6 | AMERICAN EXPRESS CENTURION BANK | 7100-000 | 1,424.61 | 1,424.61 | 1,424.61 | 242.76 |
| 7 | ASHLEY FUNDING SERVICES, LLC ITS SUCCESSORS AND | 7100-000 | 44.20 | 44.76 | 44.76 | 7.63 |
| 2 | CAPITAL ONE BANK (USA), N.A. | 7100-000 | 675.17 | 675.17 | 675.17 | 115.05 |
| 5 | CAPITAL RECOVERY V, LLC | 7100-000 | 1,950.09 | 1,950.09 | 1,950.09 | 332.31 |
| 3 | ILLINOIS DEPT.OF REVENUE | 7100-000 | 1,848.00 | 152.40 | 152.40 | 25.97 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | INTERNAL REVENUE SERVICE | 7100-000 | 7,450.27 | 3,098.56 | 3,098.56 | 528.02 |
| 10 | PYOD, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE | 7100-000 | 2,698.57 | 2,698.57 | 2,698.57 | 459.86 |
| 8 | PYOD, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE | 7100-000 | 1,218.00 | 1,269.27 | 1,269.27 | 216.29 |
| 9 | PYOD, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE | 7100-000 | 5,722.92 | 5,685.92 | 5,685.92 | 968.92 |
| 4 | U.S. DEPARMENT OF EDUCATION | 7100-000 | 1.00 | 10,682.02 | 10,682.02 | 1,820.30 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 42,367.05 | $ 27,681.37 | $ 27,681.37 | $ 4,717.11 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 15-18857 BWB | Judge: | Bruce W. Black | Trustee Name: | Peter N. Metrou, Trustee |
|---|---|---|---|---|---|
| Case Name: | LOLETA ADAMS-NASH | | | Date Filed (f) or Converted (c): | 05/29/2015 (f) |
| | | | | 341(a) Meeting Date: | 06/25/2015 |
| For Period Ending: | 09/13/2017 | | | Claims Bar Date: | 10/02/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. DEBTOR'S 2 BEDROOM, 1.5 BATHS TOWNHOUSE. ADDRESS: | 102,091.00 | 0.00 | | 0.00 | FA |
| 2. CASH IN DEBTOR'S POSSESSION. | 100.00 | 0.00 | | 0.00 | FA |
| 3. DEBTOR'S PERSONAL CHECKING ACCOUNT. BANK: CHASE BA | 55.00 | 0.00 | | 0.00 | FA |
| 4. DEBTOR'S PERSONAL SAVINGS ACCOUNT. BANK: CHASE BAN | 10.00 | 0.00 | | 0.00 | FA |
| 5. DEBTOR'S CHECKING ACCOUNT. BANK: HEALTHCARE ASSOCI | 200.00 | 0.00 | | 0.00 | FA |
| 6. DEBTOR'S SAVINGS ACCOUNT BANK: HEALTHCARE ASSOCIAT | 100.00 | 0.00 | | 0.00 | FA |
| 7. DEBTOR'S USED LIVING ROOM FURNISHINGS-1 COUCH, 1 L | 300.00 | 0.00 | | 0.00 | FA |
| 8. DEBTOR'S OTHER LIVING ROOM FURNISHINGS- 1 COFFEE T | 120.00 | 0.00 | | 0.00 | FA |
| 9. DEBTOR'S USED MATTERESS AND 1 BED AT DEBTOR'S RESI | 150.00 | 0.00 | | 0.00 | FA |
| 10. DEBTOR'S USED KITCHEN UTENSILS AT DEBTOR'S RESIDEN | 170.00 | 0.00 | | 0.00 | FA |
| 11. DEBTOR'S USED CLOTHING AND WEARING APPAREL AT DEBT | 300.00 | 0.00 | | 0.00 | FA |
| 12. DEBTOR'S USED COSTUME JEWELRY. | 50.00 | 0.00 | | 0.00 | FA |
| 13. DEBTOR'S TERM LIFE INSURANCE THROUGH EMPLOYMENT. D | 75,000.00 | 0.00 | | 0.00 | FA |
| 14. DEBTOR'S TERM LIFE INSURANCE POLICY. DEBTOR STATES | 175,000.00 | 0.00 | | 0.00 | FA |
| 15. DEBTOR' USED AUTOMOBILE. YEAR: 2011 MAKE: NISSAN A | 9,238.00 | 0.00 | | 0.00 | FA |
| 16. DEBTOR'S USED LAPTOP PURCHASED IN 2007. | 100.00 | 0.00 | | 0.00 | FA |
| 17. DEBTOR'S EXPECTED SETTLEMENT AWARD FROM AUTO ACCID | Unknown | 39,500.00 | | 54,500.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 15-18857 | BWB | Judge: | Bruce W. Black | Trustee Name: | Peter N. Metrou, Trustee |
|---|---|---|---|---|---|---|
| Case Name: | LOLETA ADAMS-NASH | | | | Date Filed (f) or Converted (c): | 05/29/2015 (f) |
| | | | | | 341(a) Meeting Date: | 06/25/2015 |
| For Period Ending: | 09/13/2017 | | | | Claims Bar Date: | 10/02/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 18. DEBTOR'S OTHER PERSONAL PROPERTIES. | 663.00 | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets
TOTALS (Excluding Unknown Values)     $363,647.00     $39,500.00     $54,500.00     $0.00
(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Employed special counsel to handle PI case approved on 9/18/2015 see Dkt# 18. Motion to approve settlement granted on 1/20/2017 see Dkt# 23-awaiting funds.

Initial Projected Date of Final Report (TFR): 06/01/2016     Current Projected Date of Final Report (TFR): 06/30/2017

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 15-18857
Case Name: LOLETA ADAMS-NASH
Taxpayer ID No: XX-XXX8630
For Period Ending: 09/13/2017

Trustee Name: Peter N. Metrou, Trustee
Bank Name: Associated Bank
Account Number/CD#: XXXXXX5868
Checking
Blanket Bond (per case limit): $1,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/14/17 | 17 | Travelers Insurance<br>P.O. Box 3095<br>Naperville, IL 60566-7095 | Court Approved settlement on PI<br>See Dckt# 23 | 1142-000 | $6,000.00 | | $6,000.00 |
| 02/14/17 | 17 | American Freedom Insurance Company<br>559 West Golf Road<br>Arlington Heights, IL 60005 | Court Approved settlement on PI<br>See Dckt# 23 | 1142-000 | $18,500.00 | | $24,500.00 |
| 02/14/17 | 17 | Grange Insurance Companies<br>P.O. Box 1218<br>Columbus, OH 43216-1218 | Court Approved settlement on PI<br>See Dckt# 23 | 1142-000 | $10,000.00 | | $34,500.00 |
| 02/14/17 | 17 | American Alliance Casualty Co.<br>8725 W. Higgins Rd., Suite 725<br>Chicago, IL 60631 | Court Approved settlement on PI<br>See Dckt# 23 | 1142-000 | $20,000.00 | | $54,500.00 |
| 03/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $39.20 | $54,460.80 |
| 03/08/17 | 1001 | Jasmer Law Firm<br>111 W Washington St.<br>#1150<br>Chicago, IL 60602 | Court Approved Attorneys fees<br>See Court Order Dckt#23 | 3210-000 | | $18,166.67 | $36,294.13 |
| 03/08/17 | 1002 | Jasmer Law Firm<br>111 W. Washington St.<br>#1150<br>Chicago, IL 60602 | Court Approved Attorneys Costs<br>See court order dkt#23 | 3220-000 | | $4,948.68 | $31,345.45 |
| 03/08/17 | 1003 | Hinsdale Hospital<br>120 N Oak Street<br>Hinsdale, Il 60521 | PI Lien Payment<br>Court approved - See dckt#23 | 4220-000 | | $653.07 | $30,692.38 |
| 03/08/17 | 1004 | ATI<br>790 Remington Blvd.<br>Bolingbrook, IL 60440 | PI Lien Payment<br>Court approved - See dckt# 23 | 4220-000 | | $468.37 | $30,224.01 |
| 03/08/17 | 1005 | Adams-Nash, Loleta<br>593 Eric Way<br>Bolingbrook, IL 60440 | Debtor's Exemptions<br>See Dckt# 23 | 8100-002 | | $15,000.00 | $15,224.01 |
| 04/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $49.13 | $15,174.88 |

Page Subtotals:   $54,500.00   $39,325.12

UST Form 101-7-TDR (10/1/2010) *(Page: 13)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: 15-18857 | Trustee Name: | Peter N. Metrou, Trustee |
| Case Name: LOLETA ADAMS-NASH | Bank Name: | Associated Bank |
| | Account Number/CD#: | XXXXXX5868 |
| | | Checking |
| Taxpayer ID No: XX-XXX8630 | Blanket Bond (per case limit): | $1,000,000.00 |
| For Period Ending: 09/13/2017 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/25/17 | 1008 | ILLINOIS DEPT.OF REVENUE BANKRUPTCY SECTION P.O.BOX 64338 CHICAGO, IL 60664-0338 | Distribution Reversal Voided to print two checks. | | | ($1,555.48) | $16,730.36 |
| | | ILLINOIS DEPT.OF REVENUE | Final distribution to claim 3 representing a payment of 100.00 % per court order. | $1,529.51 | 5800-000 | | |
| | | ILLINOIS DEPT.OF REVENUE | Final distribution to claim 3 representing a payment of 17.04 % per court order. | $25.97 | 7100-000 | | |
| 07/25/17 | 1015 | PYOD, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE OF CITIBANK, N.A. RESURGENT CAPITAL SERVICES PO BOX 19008 GREENVILLE, SC 29602 | Distribution Reversal Void to print three separate checks | | | ($1,645.07) | $18,375.43 |
| | | PYOD, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE | Final distribution to claim 8 representing a payment of 17.04 % per court order. | $216.29 | 7100-000 | | |
| | | PYOD, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE | Final distribution to claim 9 representing a payment of 17.04 % per court order. | $968.92 | 7100-000 | | |
| | | PYOD, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE | Final distribution to claim 10 representing a payment of 17.04 % per court order. | $459.86 | 7100-000 | | |
| 07/25/17 | 1006 | Peter N. Metrou 123 W. Washington St., Ste 216 Oswego, IL  60543 | Distribution | | | $4,851.37 | $13,524.06 |
| | | Peter N. Metrou | Final distribution representing a payment of 100.00 % per court order. | ($4,700.00) | 2100-000 | | |
| | | Peter N. Metrou | Final distribution representing a payment of 100.00 % per court order. | ($151.37) | 2200-000 | | |
| 07/25/17 | 1007 | INTERNAL REVENUE SERVICE P.O.BOX 7346 PHILADELPHIA, PA | Final distribution to claim 1 representing a payment of 100.00 % per court order. | | 5800-000 | | $4,076.89 | $9,447.17 |

Page Subtotals: $0.00   $5,727.71

UST Form 101-7-TDR (10/1/2010) *(Page: 14)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 15-18857　　　　　　　　　　　　　　　　　　　　　　Trustee Name: Peter N. Metrou, Trustee
Case Name: LOLETA ADAMS-NASH　　　　　　　　　　　　　　　Bank Name: Associated Bank
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Account Number/CD#: XXXXXX5868
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Checking
Taxpayer ID No: XX-XXX8630　　　　　　　　　　　　　　　　　Blanket Bond (per case limit): $1,000,000.00
For Period Ending: 09/13/2017　　　　　　　　　　　　　　　　Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/25/17 | 1008 | ILLINOIS DEPT.OF REVENUE BANKRUPTCY SECTION P.O.BOX 64338 CHICAGO, IL 60664-0338 | Distribution | | | $1,555.48 | $7,891.69 |
| | | ILLINOIS DEPT.OF REVENUE | Final distribution to claim 3 representing a payment of 100.00 % per court order. ($1,529.51) | 5800-000 | | | |
| | | ILLINOIS DEPT.OF REVENUE | Final distribution to claim 3 representing a payment of 17.04 % per court order. ($25.97) | 7100-000 | | | |
| 07/25/17 | 1009 | INTERNAL REVENUE SERVICE P.O.BOX 7346 PHILADELPHIA, PA | Final distribution to claim 1 representing a payment of 17.04 % per court order. | 7100-000 | | $528.02 | $7,363.67 |
| 07/25/17 | 1010 | CAPITAL ONE BANK (USA), N.A. PO Box 71083 Charlotte, NC 28272-1083 | Final distribution to claim 2 representing a payment of 17.04 % per court order. | 7100-000 | | $115.05 | $7,248.62 |
| 07/25/17 | 1011 | U.S. DEPARMENT OF EDUCATION C/O FEDLOAN SERVICING P.O.BOX 69184 HARRISBURG,PA 17106-9184 | Final distribution to claim 4 representing a payment of 17.04 % per court order. | 7100-000 | | $1,820.30 | $5,428.32 |
| 07/25/17 | 1012 | CAPITAL RECOVERY V, LLC c/o Recovery Management Systems Corporat 25 SE 2nd Avenue Suite 1120 Miami, FL 33131-1605 | Final distribution to claim 5 representing a payment of 17.04 % per court order. | 7100-000 | | $332.31 | $5,096.01 |
| 07/25/17 | 1013 | AMERICAN EXPRESS CENTURION BANK c o Becket and Lee LLP POB 3001 Malvern, PA 19355-0701 | Final distribution to claim 6 representing a payment of 17.04 % per court order. | 7100-000 | | $242.76 | $4,853.25 |
| 07/25/17 | 1014 | ASHLEY FUNDING SERVICES, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE OF LABORATORY CORPORATION OF AMERICA HOLDINGS RESURGENT CAPITAL SERVICES PO BOX 10587 GREENVILLE, SC 29603-0587 | Final distribution to claim 7 representing a payment of 17.04 % per court order. | 7100-000 | | $7.63 | $4,845.62 |

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Page Subtotals:　　　　　　$0.00　　　　　$4,601.55

UST Form 101-7-TDR (10/1/2010) *(Page: 15)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 15-18857 | Trustee Name: | Peter N. Metrou, Trustee |
|---|---|---|---|
| Case Name: | LOLETA ADAMS-NASH | Bank Name: | Associated Bank |
| | | Account Number/CD#: | XXXXXX5868 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX8630 | Blanket Bond (per case limit): | $1,000,000.00 |
| For Period Ending: | 09/13/2017 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/25/17 | 1015 | PYOD, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE OF CITIBANK, N.A. RESURGENT CAPITAL SERVICES PO BOX 19008 GREENVILLE, SC 29602 | Distribution | | | $1,645.07 | $3,200.55 |
| | | PYOD, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE | Final distribution to claim 8 representing a payment of 17.04 % per court order. ($216.29) | 7100-000 | | | |
| | | PYOD, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE | Final distribution to claim 9 representing a payment of 17.04 % per court order. ($968.92) | 7100-000 | | | |
| | | PYOD, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE | Final distribution to claim 10 representing a payment of 17.04 % per court order. ($459.86) | 7100-000 | | | |
| 07/25/17 | 1016 | ILLINOIS DEPT.OF REVENUE BANKRUPTCY SECTION P.O.BOX 64338 CHICAGO, IL 60664-0338 | Distribution Per TFR | 5800-000 | | $1,529.51 | $1,671.04 |
| 07/25/17 | 1017 | ILLINOIS DEPT.OF REVENUE BANKRUPTCY SECTION P.O.BOX 64338 CHICAGO, IL 60664-0338 | Distribution per TFR | 7100-000 | | $25.97 | $1,645.07 |
| 07/25/17 | 1018 | PYOD, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE OF CITIBANK, N.A. RESURGENT CAPITAL SERVICES PO BOX 19008 GREENVILLE, SC 29602 | Distribution Per TFR | 7100-000 | | $216.29 | $1,428.78 |
| 07/25/17 | 1019 | PYOD, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE OF CITIBANK, N.A. RESURGENT CAPITAL SERVICES PO BOX 19008 GREENVILLE, SC 29602 | Distribution Per TFR | 7100-000 | | $968.92 | $459.86 |

Page Subtotals: $0.00   $4,385.76

UST Form 101-7-TDR (10/1/2010) (Page: 16)

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 15-18857 | Trustee Name: Peter N. Metrou, Trustee |
| Case Name: LOLETA ADAMS-NASH | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX5868 |
| | Checking |
| Taxpayer ID No: XX-XXX8630 | Blanket Bond (per case limit): $1,000,000.00 |
| For Period Ending: 09/13/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/25/17 | 1020 | PYOD, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE OF CITIBANK, N.A. RESURGENT CAPITAL SERVICES PO BOX 19008 GREENVILLE, SC 29602 | Distribution Per TFR | 7100-000 | | $459.86 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $54,500.00 | $54,500.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $54,500.00 | $54,500.00 |
| Less: Payments to Debtors | $0.00 | $15,000.00 |
| Net | $54,500.00 | $39,500.00 |

Page Subtotals:   $0.00   $459.86

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX5868 - Checking | $54,500.00 | $39,500.00 | $0.00 |
|  | $54,500.00 | $39,500.00 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $54,500.00 |
| Total Gross Receipts: | $54,500.00 |